R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
CALLISTER & FRIZELL
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Office (702) 657-6000
Fax (702) 657-0065
dfrizell@callisterfrizell.com
*Attorneys for Plaintiff Stacie Melewski*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STACIE MELEWSKI,<br><br>       Plaintiff,<br><br>vs.<br><br>LEE JOSEPH WOOD ; CAROL ANN WOOD; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10,<br><br>       Defendants. | CASE NO.: 2:09-cv-01138-ECR-LRL<br><br>**SECOND AMENDED ORDER GRANTING APPLICATION FOR JUDGMENT DEBTOR EXAMINATION OF CAROL ANN WOOD** |

Upon the Application for Judgment Debtor Examination of CAROL ANN WOOD filed by Plaintiff, STACIE MELEWSKI, ("Plaintiff"), by and through her counsel of the law firm of CALLISTER & FRIZELL, and the Court having considered said Application, and good cause appearing therefore,

IT IS HEREBY ORDERED, that CAROL ANN WOOD ("CAROL") appear and be examined under oath at the law offices of **CALLISTER & FRIZELL, 8275 S. Eastern Ave., Ste. 200, Las Vegas, Nevada 89123, on October 20, 2011 at 10:00 a.m.** on said day, at which time CAROL will produce any and all books, papers and records now in her possession and/or control that evidence or indicate in any way any her property, assets and/or liabilities. CAROL shall provide all documents of any kind evidencing any interest in real or personal property or cash, including, but not limited to, all bank account statements, 401(k) account, IRA (Roth), and/or other retirement account statements, stock account statements, capital account statements, tax returns, K-1s, bank ledgers, checkbook ledgers, or other bank account records, life insurance policies, stock certificates, documents evidencing membership or other ownership interest in any limited liability companies or other interest, any operating agreements for entities in which CAROL has any ownership interest, payment stubs, rent receipts, contracts, notes or memoranda evidencing

indebtedness due, deeds of trust, grant deeds, liens, claims, complaints, decrees, as well as any trust documents evidencing a beneficiary interest in a trust. Documents provided should include the time period of **January 1, 2008 to present**;

    IT IS FURTHER ORDERED that the failure by CAROL to appear at the above ordered examination will subject her to contempt of Court;

    IT IS FURTHER ORDERED that CAROL is forbidden from making any transfer of her non-exempt property and from interfering therewith until further ordered;

    IT IS FURTHER ORDERED that the costs associated with the examination, including the costs of service of process, the costs of a court reporter and the costs associated with a transcript, are approved as to necessity and propriety.

    IT IS SO ORDERED.

Dated: August 23, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
CASE NO.: 2:09-cv-01138-ECR-LRL

Submitted by:

**CALLISTER & FRIZELL**

By: _____
R. DUANE FRIZELL, ESQ.
Nevada Bar No. 009807
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
dfrizell@callisterfrizell.com
*Attorneys for Plaintiff Stacie Melewski*

2