**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| STACIE MELEWSKI, | 2:09-cv-01138-ECR-LRL |
| Plaintiff, | |
| vs. | **Order** |
| LEE JOSEPH WOOD; CAROL ANN WOOD; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10, | |
| Defendants. | |

On August 7, 2012, the Clerk of the Court filed a "Notice Regarding Intent to Dismiss for Want of Prosecution Pursuant to Local Rule 41-1" (#56) stating that the case has been pending for more than two hundred seventy (270) days without any proceeding having been taken during such period. The Clerk's Notice (#56) notified Plaintiff that pursuant to Local Rule 41-1, the Court may dismiss for want of prosecution if Plaintiff takes no action by September 6, 2012.

On September 6, 2012, Plaintiff filed a "Notice of Non-Opposition to Dismissal of Claims against Lee Joseph Wood Without Prejudice" (#57). Plaintiff states she trusts a dismissal will not disturb her default judgment ruling (#33) against Carol Ann Wood, and a judgment for nondischargeable debt in the Arizona bankruptcy action In re Lee Joseph Wood, 2:10-bk-31460-SSC, and therefore does

1 | not oppose dismissal without prejudice of her claims against Lee
2 | Joseph Wood in the current action.
3 |     A suggestion of bankruptcy (#23) for Defendant Lee Joseph Wood
4 | was filed on November 8, 2010.  The bankruptcy case was closed on
5 | December 16, 2011.  In that case, judgment was entered in favor of
6 | our plaintiff against Defendant Lee Joseph Wood in the amount of
7 | $79,706.05.  Plaintiff does not oppose the dismissal of her claims
8 | against Lee Joseph Wood. Default judgment was entered against
9 | Defendant Carol Ann Wood on March 31, 2011.
10 |    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's claims
11 | against Defendant Lee Joseph Wood are **DISMISSED**.
12 |    The Clerk shall enter judgment accordingly.

16 | DATED: September 19, 2012.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE

2